JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOAQUIN ANTONIO FLORES-GONZALEZ, | ) | NO. CV 13-1586-JFW (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DAVID LONG, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Denying Motion; Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: March 20, 2013.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE